COMMONWEALTH of Pennsylvania, Respondent

v.

Thomas Richard Bradley DAVIS, Petitioner

No. 65 MAL 2017

Supreme Court of Pennsylvania.

July 7, 2017

## ORDER

PER CURIAM

AND NOW, this 7th day of July, 2017, the Petition for Allowance of Appeal is DENIED.